IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 8:07CR171 |
| ) | |
| Plaintiff, ) | ORDER |
| ) | TO WITHDRAW EXHIBITS |
| vs. ) | OR TO SHOW CAUSE WHY |
| ) | EXHIBITS SHOULD NOT BE |
| HUGO GABRIAL GAVINO-CARDONA, ) | DESTROYED |
| and JOSE ANTONIO ) | |
| OCHOA-GUZMAN, ) | |
| ) | |
| Defendants. ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for plaintiff shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

   Exhibit number(s):  1

   Hearing type(s):   Motion to Suppress

   Date of hearing(s): 7/13/07

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

   IT IS SO ORDERED.

   DATED this 16th day of April, 2008.

                                                s/Lyle E. Strom
                                                United States District Judge

           proc\Exhibits\Form-Order to Withdraw or OSC Destroy, appeal time expired.wpd
                                                          Approved 02/15/07